1    V. ANDREW CASS
     Nevada Bar No. 005246
2    E-Mail: cass@lbbslaw.com
     PRISCILLA O'BRIANT
3    Nevada Bar No. 010171
     E-Mail: pobriant@lbbslaw.com
4    LEWIS BRISBOIS BISGAARD & SMITH LLP
     6385 S. Rainbow Boulevard, Suite 600
5    Las Vegas, Nevada 89118
     702.893.3383
6    FAX: 702.893.3789
     *Attorneys for Defendant Unitrin Direct*
7    *Property & Casualty Company*

8

                **UNITED STATES DISTRICT COURT**

9

10                     **DISTRICT OF NEVADA**

11

12    JEFFREY MUNAR,                 CASE NO.:  2:13-cv-01061-GMN-CWH

13            Plaintiff,             **STIPULATION AND ORDER FOR**
          vs.                  **DISMISSAL WITH PREJUDICE**

14
     UNITRIN DIRECT PROPERTY &
15    CASUALTY COMPANY, and DOES I-V,
     inclusive, and ROE CORPORATIONS I-V,
16    inclusive,

17           Defendants.

18

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4829-7731-9190.1

1       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JEFFREY

2 MUNAR, by and through his attorneys, CHRISTENSEN LAW OFFICES, and Defendant

3 STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its

4 attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP, that the above-entitled action be

5 dismissed in its entirety, WITH PREJUDICE, with each party to bear its own attorney's

6 fees and costs.

7 DATED this 25 day of September, 2013      DATED this 25 day of September, 2013

8

9

By: _____       By: _____

10    Thomas Christensen                    V. Andrew Cass

11    Nevada Bar No. 002326              Nevada Bar No. 005246
   Dawn Hooker                        Priscilla L. O'Briant

12    Nevada Bar No. 007019              Nevada Bar No. 010171
   CHRISTENSEN LAW OFFICES 601    LEWIS BRISBOIS BISGAARD & SMITH LLP

13    1000 S. Valley View Blvd.         6385 South Rainbow Blvd., Suite 600
   Suite A                            Las Vegas, Nevada 89118

14    Las Vegas , NV 89107            *Attorneys for Defendant State Farm*
   *Attorneys for Plaintiff*

15

16

17

18

19           **IT IS SO ORDERED** this 25th day of September, 2013.

20

21

                    _____

22                     Gloria M. Navarro

23                     United States District Judge

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4829-7731-9190.1                 2