1  V. ANDREW CASS
   Nevada Bar No. 005246
2  E-Mail: cass@lbbslaw.com
   PRISCILLA O'BRIANT
3  Nevada Bar No. 010171
   E-Mail: pobriant@lbbslaw.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant Unitrin Direct*
7  *Property & Casualty Company*

8                 UNITED STATES DISTRICT COURT
9                      DISTRICT OF NEVADA
10

11 | JEFFREY MUNAR, | CASE NO.: 2:13-cv-01061-GMN-CWH |
12 | | |
13 | Plaintiff, | **STIPULATION AND ORDER FOR** |
   | vs. | **DISMISSAL WITH PREJUDICE** |
14 | | |
   | UNITRIN DIRECT PROPERTY & | |
15 | CASUALTY COMPANY, and DOES I-V, | |
   | inclusive, and ROE CORPORATIONS I-V, | |
16 | inclusive, | |
17 | | |
   | Defendants. | |
18

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4829-7731-9190.1

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JEFFREY

2   MUNAR, by and through his attorneys, CHRISTENSEN LAW OFFICES, and Defendant

3   UNITRIN DIRECT PROPERTY & CASUALTY COMPANY, by and through its attorneys,

4   LEWIS BRISBOIS BISGAARD & SMITH LLP, that the above-entitled action be dismissed

5   in its entirety, WITH PREJUDICE, with each party to bear its own attorney's fees and

6   costs.

7   DATED this __27th__ day of September, 2013        DATED this __27th__ day of September, 2013

8

9

10  By: _____            By: _____
       Thomas Christensen                      V. Andrew Cass
11     Nevada Bar No. 002326                    Nevada Bar No. 005246
       Dawn Hooker                              Priscilla L. O'Briant
12     Nevada Bar No. 007019                    Nevada Bar No. 010171
       CHRISTENSEN LAW OFFICES                  LEWIS BRISBOIS BISGAARD & SMITH LLP
13     1000 S. Valley View Blvd.                6385 South Rainbow Blvd., Suite 600
       Suite A                                  Las Vegas, Nevada  89118
14     Las Vegas , NV  89107                    *Attorneys for Defendant Unitrin*
       *Attorneys for Plaintiff*
15

16       IT IS SO ORDERED.

17

18       **DATED** this 4th day of October, 2013.

19                                              _____

20                                              Gloria M. Navarro
                                                United States District Judge
21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4829-7731-9190.1                          2